C-13-16(FTP)
(Rev. 6/04)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN THE MATTER OF:               )           No. B-07-81115 C-13D
Kenneth E. Murray, Jr.            )
Cathy C. Murray                 )
                                             )
       Debtor(s)                   )

## ORDER DENYING MODIFICATION OF PLAN

       On March 31, 2011, a hearing was held on Motion by the Debtors to modify their Chapter 13 plan pursuant to 11 U.S.C. §1329. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel, finds that the motion should be denied is; therefore, it is

       ORDERED that the Motion by the Debtors pursuant to 11 U.S.C. §1329 is denied without prejudice.

## PARTIES IN INTEREST
## Page 1 of 1
## 07-81115 C-13D

Kenneth E. Murray, Jr.
Cathy C. Murray
800 E. Ashland Dr.
Mebane, NC 27302

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702